UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:14-CR-94FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) V. ) ) TERRANCE LANCASTER ) Defendant. ) | **ORDER** |

This matter is before the Court on Defendant's motion to seal. For good cause shown and in compliance with Local Criminal Rule 32.2(j), the Defendant's motion is GRANTED.

It is hereby ORDERED that the attached order and sentencing memorandum/motion for variance shall be filed under seal.

This the _2nd_ day of December, 2014.

HONORABLE LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE